AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Leola Smith

**SUMMONS IN A CIVIL CASE**

V.

MPD Chief Cathy L. Lanier,
the District of Columbia, et al.

Case: 1:08-cv-00808
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Serve: *District of Columbia*

DC Attorney General Peter J. Nickles
441 4th Street NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC 20036-2245

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**          MAY -9 2008

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 13, 2008 |
| NAME OF SERVER (PRINT) Jon Pinkus | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: <u>Ms. Tonia Robinson accepted service on behalf of DC AG Peter Nickles at their 441 4th St. NW offices, 6th Floor South entrance.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 19, 2008
              Date

Signature of Server   Jon Pinkus

1625 Mass. Ave. NW, Suite 500
Washington, DC 20036-2245
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.