**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Leola Smith** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) **Case No.: 1:08-cv-00808 ESH** |
| | ) |
| **v.** | ) |
| **Chief Cathy L. Lanier, et al.** | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit:  Washington, DC

I, Melvin M. Shapiro, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over eighteen years of age and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Verified Complaint and Initial Electronic Case Filing Order
SERVE TO:  Officer Yammine
SERVICE ADDRESS:  4457 Eagle Court, Waldorf, Maryland 20603

DATE SERVED:  July 01, 2008   TIME SERVED:  7:30 AM
PERSON SERVED:  Thomas Ellingsworth, housemate of Officer Yammine, a person of suitable age and discretion who stated that he/she resides therein with Officer Yammine.

Thomas Ellingsworth is described herein as:
Gender: Male    Race/Skin: White    Hair: Black    Age: 40    Height: 5'10"    Weight: 175

COMMENTS:


I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

07/03/08
Executed on:                                          Melvin M. Shapiro
                                                       CAPITOL PROCESS SERVICES, INC.
                                                       1827 18th Street, NW
                                                       Washington, DC 20009-5526
                                                       (202) 667-0050

ID: 08-002689                                                              Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Leola Smith

**SUMMONS IN A CIVIL CASE**

V.

MPD Chief Cathy L. Lanier,
the District of Columbia, et al.

C

Case: 1:08-cv-00808
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Serve:
Metropolitan Police Officer Yammine
Metropolitan Police Department of Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     MAY - 9 2008

CLERK                                          DATE

(By) DEPUTY CLERK