UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Leola Smith | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) Case No.: 1:08-cv-00808 ESH |
| v. | ) |
| | ) |
| Chief Cathy L. Lanier, et al. | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Frederick Parsons, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Verified Complaint and Initial Electronic Case Filing Order

SERVE TO: Officer Pepperman
SERVICE ADDRESS: 805 Balboa Drive, Silver Spring, Maryland 20905

DATE SERVED: July 07, 2008   TIME SERVED: 4:00 PM

PERSON SERVED: Officer Pepperman, personally

Described herein:
Gender: Male   Race/Skin: White   Hair: Brown   Age: 40   Height: 5'8"   Weight: 160

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 7-8-08

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002688                                                                                       Client Reference: N/A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Leola Smith

**SUMMONS IN A CIVIL CASE**

V.

MPD Chief Cathy L. Lanier,
the District of Columbia, et al.

CA:

Case: 1:08-cv-00808
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Serve:
Metropolitan Police Officer Pepperman
Metropolitan Police Department of Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski, Lynn I. Miller, Megins S. Skolnick
Klimaski & Associates, P.C.
1625 Massachusetts Ave. NW -- Suite 500
Washington, DC  20036-2245

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY - 9 2008
_____             _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK