UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEOLA SMITH, | : |
|     Plaintiff, | : |
| v. | :    C.A. No.: 08-0808 (ESH) |
| CATHY L. LANIER, *et al.*, | : |
|     Defendants. | : |

**MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT ON BEHALF OF
THOMAS ELLINGSWORTH, SIMON YAMMINE AND MICHAEL PEPPERMAN**

Pursuant to Fed. R. Civ. P. 6(b), Defendants Thomas Ellingsworth, Simon Yammine and Michael Pepperman, by and through undersigned counsel, hereby move this Honorable Court for an enlargement of time — up to and including **July 29, 2008** — to respond to Plaintiff's Complaint. As grounds therefor, these Defendants represent as follows:

1. Plaintiff filed suit on or about May 9, 2008. On or about July 1, 2008, Plaintiff served Defendant Ellingsworth with her summons and complaint. [Docket # 10]. On or about July 1, 2008, Plaintiff served Defendant Yammine with her summons and complaint. [Docket # 11]. On or about July 7, 2008, Plaintiff served Defendant Pepperman with her summons and complaint. [Docket # 12]. Each defendant timely sought representation from the Office of the Attorney General.

2. By Minute Entry dated June 27, 2008, this Honorable Court granted Defendants District of Columbia and Cathy Lanier's Motion to Dismiss. [Docket # 5].

3.	Due to administrative error, undersigned counsel did not receive Defendants' request for representation until after the time period for them to respond had elapsed.

4.	Fed. R. Civ. P. 6(b)(1)(B) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time …. on motion made after the time has expired if the party failed to act because of excusable neglect." This motion is being filed contemporaneously with the Defendants' response to the Complaint, and otherwise meets the requirements of Rule 6(b)(1).

5.	No party will be unduly prejudiced by this very brief enlargement of time should the Court grant the requested relief.  Plaintiff's lawsuit against Defendants District of Columbia and Cathy Lanier is currently dismissed.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b)(1), Defendants request additional time — up to and including **July 29, 2008** — to file their response to Plaintiff's Complaint.  A memorandum of points and authorities in support of this motion is attached hereto.

Respectfully Submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

       ___/s/ Dwayne C. Jefferson_____
       DWAYNE C. JEFFERSON [980813]
       Assistant Attorney General
       One Judiciary Square
       441 4th St., N.W., 6th Floor South
       Washington, D.C. 20001
       (202) 724-6649; (202) 727-6295; (202) 741-0554 fax
       dwayne.jefferson@dc.gov

## LCvR 7(m) CERTIFICATION

  I hereby certify that on July 28, 2008, undersigned counsel attempted to contact Plaintiff's counsel regarding any consent / objection to the relief sought in this motion, but was only able to leave a voicemail message.

       _____Dwayne C. Jefferson_____
       Dwayne C. Jefferson
       Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEOLA SMITH, :
:
    Plaintiff, :
:
v. : C.A. No.: 08-0808 (ESH)
:
CATHY L. LANIER, *et al.,* :
:
    Defendants. :
_____:

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

In support of their Motion for Enlargement of Time, these Defendants rely upon the following authorities:

1.     Inherent Power of the Court.

2.     Fed. R. Civ. P. 6(b).

3.     The record herein.

    Respectfully Submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division


    _____/s/_____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

                                                                                                                                                                                ___Dwayne C. Jefferson_____
DWAYNE C. JEFFERSON [980816]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
dwayne.jefferson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEOLA SMITH, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 08-0808 (ESH) |
| : | |
| CATHY L. LANIER, *et al.,* : | |
| : | |
| Defendants. : | |
| : | |

## ORDER

UPON CONSIDERATION of the Defendants Thomas Ellingsworth, Simon Yammine and Michael Pepperman's Motion for Enlargement of Time to Respond to Plaintiff's Complaint, any opposition thereto, and the entire record herein, and it appearing to the Court that the motion should be GRANTED, it is by the Court this _____ day of _____ 2008,

ORDERED:  That the motion shall be and the same is hereby GRANTED; and it is,

FURTHER ORDERED: That the Defendants shall respond to Plaintiff's Complaint by July 29, 2008.

_____
**HON. ELLEN S. HUVELLE**
Judge, U.S. District Court
For the District of Columbia